**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re**

**Experient Holdings, Inc.**

**Case No. 01-32333-DOT**

**Chapter 7**

      **Debtor.**

**REPORT OF DEPOSIT OF SMALL DIVIDENDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividends due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| BUSINESS WIRE<br>63 SELBY LANE<br>ATHERTON, CA 94027-3926 | $.72 |
| RICHMOND DEPT. OF PUBLIC UTILITIES<br>ATTN: L. BAYNES, UTILTIES ACCT.<br>600 E. BROAD STREET ROOM 712<br>RICHMOND, VA 23219 | $1.69 |
| ACCOUNTEMPS<br>DIV OF ROBERT HALF INTERNATIONAL<br>5720 STONERIDGE DR, STE 3<br>PLEASANTON, CA 94588-2700 | $3.01 |
| OFFICE TEAM<br>DIV OF ROBERT HALF INTERNATIONAL<br>5720 STONERIDGE DR, STE 3<br>PLEASANTON, CA 94588-2700 | $2.54 |
| AMERICAN EXPRESS BUSINESS FINANCE<br>C/O BECKET & LEE, LLP<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | $.93 |
| DOMINION-VIRGINIA POWER<br>ATTN: CUSTOMER CREDIT SER. 18TH FL<br>P O BOX 26666<br>RICHMOND, VA 23261 | $1.44 |

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| TEXTILEASE FIRST AID SERVICES<br>6403-F DICKENS PL.<br>RICHMOND, VA 23230 | $.06 |
| CSC<br>ATTN: MARY K. MCNESBY<br>2711 CENTERVILLE RD. SUITE 400<br>WILMINGTON, DE 19808 | $.27 |
| CONSOLIDATED FREIGHTWAYS<br>C/O SAMUEL PUSTILNIK & MARKS<br>P O BOX 6857<br>RICHMOND, VA 23230 | $.68 |
| COMMONWEALTH OF PA<br>BUREAU OF EMPLOYER TAX OPERATIONS<br>1171 S. CAMERON ST., RM 312<br>HARRISBURG, PA 17104-2513 | $.06 |
| IMMIGRATION SPECIALTIES, INC.<br>ATTN: GLORIA LONG<br>102 NORTH ELM PLACE, SUITE B-1<br>BROKEN ARROW, OK 74012 | $.53 |
| ENWISEN.COM<br>ATTN: CLAIRE WYLDE, ACCTS.<br>7110 REDWOOD BLVD., SUITE C<br>NOVATO, CA 94945 | $3.00 |
| DMA & ASSOCIATES, INC.<br>3101 NORTHSIDE AVE.<br>RICHMOND, VA 23228-5409 | $.67 |
| PITNEY BOWES CREDIT CORP<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | $.81 |
| HARTFORD LIFE & ACCIDENT INS CO<br>BANKRUPTCY UNIT<br>P O BOX 2073<br>HARTFORD, CT 06145 | $.68 |
| AJILON fka ACCOUNTANTS ON CALL<br>PARK 80 WEST PLAZA 2, 9th FLOOR<br>SADDLE BROOK, NJ 07663 | $2.72 |
| DOMINION-VIRGINIA POWER<br>ATTN: CUSTOMER CREDIT SER. 18TH FL<br>P.O. BOX 26666<br>RICHMOND, VA 23261 | $1.44 |

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| MARIE SABATONI<br>4023 CRUTCHFIELD STREET<br>RICHMOND, VA 23225 | $1.40 |

Dated: April 15, 2010

/s/ Keith L. Phillips
Keith L. Phillips, Trustee
311 South Boulevard, 2nd Floor
Richmond, VA  23220
Telephone:  (804) 358-9400

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at 701 East Broad Street, Suite 4304, Richmond, VA 23219 on April 15, 2010.

/s/ Keith L. Phillips
Keith L. Phillips